# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JEREMY EVAN SIGAL,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 69758 |
| JEREMY EVAN SIGAL,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 70118 |

**FILED**

APR 2 7 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEALS*

These are pro se appeals from purported decisions denying a motion to modify sentence. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Eric Johnson, Judges.

No decisions, oral or written, had been made on the motions when appellant filed his appeals on February 8, 2016, and April 6, 2016. Because appellant failed to designate an appealable order, we lack jurisdiction over these appeals, and we

ORDER these appeals DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

16-13275

cc: Hon. Kathleen E. Delaney, District Judge
Hon. Eric Johnson, District Judge
Jeremy Evan Sigal
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk